# *IN THE DISTRICT COURT OF THE UNITED STATES*

## *for the Western District of New York*

―――――――――

**THE UNITED STATES OF AMERICA**

   *-vs-*

**LEWIS BOGAN**
**a/k/a LEWIS DESEAN BARKSDALE**

**OCTOBER 2025 GRAND JURY**
**(Impaneled 10/24/2025)**

## INDICTMENT

**Violations:**
Title 18, United States Code,
Sections 2252A; 2422(b); and 1512(b)(3)

(3 Counts and Notice of Forfeiture)

### COUNT 1
**(Enticement of a Minor)**

**The Grand Jury Charges That:**

In or about April 2024, in the Western District of New York, the defendant, **LEWIS BOGAN, a/k/a LEWIS DESEAN BARKSDALE**, using facilities and means of interstate and foreign commerce, that is, a cellular telephone and the internet, did knowingly persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce, Minor Victim 1, an individual known to the Grand Jury who has not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, that is, Rape in the Third Degree, in violation of New York State Penal Law Section 130.25(4).

**All in violation of Title 18, United States Code, Section 2422(b).**

## COUNT 2
### (Distribution of Child Pornography)

**The Grand Jury Further Charges That:**

In or about April 2024, in the Western District of New York, the defendant, **LEWIS BOGAN, a/k/a LEWIS DESEAN BARKSDALE**, did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8), that is, a video of Minor Victim 1, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

**All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).**

## COUNT 3
### (Tampering with a Witness)

**The Grand Jury Further Charges That:**

In or about May 2024, in the Western District of New York, the defendant, **LEWIS BOGAN, a/k/a LEWIS DESEAN BARKSDALE**, did knowingly use intimidation, threaten, and corruptly persuade, and attempt to use intimidation, threaten, and corruptly persuade Minor Victim 1, a person known to the Grand Jury, by sending intimidating, threatening, and harassing Facebook messages to Minor Victim 1 with the intent to hinder, delay, and prevent communication to a law enforcement officer and judge of the United States of information relating to the commission and possible commission of a federal offense.

**All in violation of Title 18, United States Code, Section 1512(b)(3).**

2

## FORFEITURE ALLEGATION

### The Grand Jury Alleges That:

Upon conviction of Counts 1, 2 or 3 of this Indictment, or any one of them, the defendant, **LEWIS BOGAN, a/k/a LEWIS DESEAN BARKSDALE**, shall forfeit to the United States, all of his right, title, and interest in any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property and/or any property, real or personal, constituting or derived from, any proceeds that he obtained, directly or indirectly, as a result of such violation, or any property traceable to such property.

**Pursuant to Title 18, United States Code, Sections 2428(a)(1) and 2428(a)(2) (as to Count 1); Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(2) (as to Count 2); and/or Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461 (as to Count 3); and/or as applicable to any relevant count of conviction.**

DATED: Buffalo, New York, March 17, 2026

MICHAEL DIGIACOMO
United States Attorney

BY:    S/CASEY L. CHALBECK
CASEY L. CHALBECK
Assistant United States Attorney
United States Attorney's Office
Western District of New York
Buffalo, New York 14202
Casey.Chalbeck@usdoj.gov

A TRUE BILL:


S/FOREPERSON
FOREPERSON

3